IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:07cv1104-mht ) |
| EIGHTEEN THOUSAND FOUR HUNDRED ($18,400) DOLLARS IN UNITED STATES CURRENCY, | ) ) ) ) |
| DEFENDANT. | ) |

## WARRANT FOR ARREST IN REM

TO THE UNITED STATES MARSHAL OF THE MIDDLE DISTRICT OF ALABAMA AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a Verified Complaint of Forfeiture In Rem has been filed in the United States District Court for the Middle District of Alabama, alleging that the Defendant currency is subject to seizure and forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for violation of 21 U.S.C. § 841 et seq.;

And, the Court being satisfied that, based on the Verified Complaint of Forfeiture In Rem, there is probable cause to believe that the Defendant currency so described constitutes property involved in or traceable to such violations of 21 U.S.C. § 841 et seq., and that grounds for application for issuance of a warrant for arrest in rem exist, pursuant to Supplemental Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims;

SCANNED

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize said Defendant currency, and use your discretion and whatever means appropriate to protect and maintain said Defendant currency; and,

IT IS FURTHER ORDERED that you shall send any person who reasonably appears to be a potential claimant based upon the facts known to the United States, a copy of this Warrant and Verified Complaint In Rem in a manner consistent with the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, Federal Rules of Civil Procedure; and,

IT IS FURTHER ORDERED that you publish notice to all persons of this action and the procedures to be followed for making a claim as described in this Warrant in a manner consistent with Supplemental Rule G(4)(a); and,

IT IS FURTHER ORDERED that a return of this Warrant shall be promptly made to the Court identifying the individuals upon whom copies were served and the manner employed; and,

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the Defendant currency shall file a claim asserting that interest, in the manner set forth in 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5), and such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint, and shall serve and file their answers to the Complaint within twenty (20) days after the filing of the claim with the Office of the

Clerk, United States District Court for the Middle District of Alabama, One Church Street, Montgomery, Alabama 36104, with a copy thereof sent to:

>   John T. Harmon
>   Assistant United States Attorney
>   Office of the United States Attorney
>   Middle District of Alabama
>   131 Clayton Street
>   Post Office Box 197
>   Montgomery, Alabama 36101-0197
>   Telephone: (334) 223-7280.

Done this the 2nd day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE