IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv694-MEF |
| | ) | |
| ONE PARCEL OF PROPERTY | ) | |
| LOCATED AT 867 COUNTY ROAD | ) | |
| 227, CLANTON, CHILTON | ) | |
| COUNTY, ALABAMA, WITH ALL | ) | |
| APPURTENANCES AND | ) | |
| IMPROVEMENTS THEREON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-1104-MHT |
| | ) | |
| EIGHTEEN THOUSAND FOUR | ) | |
| HUNDRED ($18,400) DOLLARS | ) | |
| IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## MOTION TO CONSOLIDATE

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby states as follows:

1.   The above styled cases stem from the same set of operative facts.  The issues of law are also very similar in each

case.    Judicial  economy  and  the  costs  of  two  trials  to  the

litigants support consolidation.

    2.    On the grounds cited, the United States moves the Court

to consolidate these cases.

    Respectfully submitted this 29th day of January, 2008.


                  FOR THE UNITED STATES ATTORNEY
                      LEURA G. CANARY


                  /s/John T. Harmon
                  John T. Harmon
                  Assistant United States Attorney
                  Office of the United States Attorney
                  131 Clayton Street
                  Montgomery, Alabama 36104
                  Telephone:(334) 223-7280
                  Facsimile:(334) 223-7560


                  CERTIFICATE OF SERVICE

    I hereby certify that on January 29, 2008, I electronically

filed the foregoing Motion to Strike with the Clerk of the Court

using the CM/ECF system which will send notification of such

filing to the following: **David B. Karn.**


                  /s/John T. Harmon
                  John T. Harmon
                  Assistant United States Attorney