**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 29, 2008

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   United States of America v. $18,400
      Civil Action No. 2:07cv01104-MHT

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now **2:07-cv-01104-MEF**. This new case number should be used on all future correspondence and pleadings in this action.